No. 78–826.   MOSHER *v.* MARKEY, CHIEF JUDGE, U. S. COURT OF CUSTOMS AND PATENT APPEALS, ET AL.   C. C. P. A. Certiorari denied.

No. 78–831.   RINGQUIST *v.* CHAIRMAN, MERIT SYSTEMS PROTECTION BOARD, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 78–832.   EVANS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–833.   BROWN ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–835.   SAETTELE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–837.   FATICO ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 78–838.   HOSPITAL & INSTITUTIONAL WORKERS LOCAL 250, SEIU, AFL–CIO *v.* MERCY HOSPITALS OF SACRAMENTO, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 78–842.   TOM'S FORD, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 78–843.   SANTONI *v.* UNITED STATES; and
No. 78–944.   JAKUBIK *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Reported below: 585 F. 2d 667.

No. 78–847.   MARTIN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–849.   ZIZZO *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 78–852.   LIBRACH *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.   C. A. 8th Cir.   Certiorari denied.